UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 27 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MINH KHAC NGUYEN,

Petitioner,

v.

TODD BLANCHE, Acting Attorney
General,

Respondent.

No. 25-7285

Agency No.
A021-430-095

ORDER

Before: SILVERMAN, BENNETT, and SANCHEZ, Circuit Judges.

Petitioner seeks review of the immigration judge's April 20, 1999, order of removal. The petition for review is untimely because it was filed more than 26 years after the removal order. *See* 8 U.S.C. § 1252(b)(1) ("The petition for review must be filed not later than 30 days after the date of the final order of removal."); *see also Riley v. Bondi*, 606 U.S. 259, 276-77 (2025) (the 30-day filing rule is mandatory though not jurisdictional).

Even if the 30-day deadline could be equitably tolled, petitioner has not shown grounds for tolling in this case. *See Alonso-Juarez v. Garland*, 80 F.4th 1039, 1047 n.3 (9th Cir. 2023) (declining to address whether deadline may be tolled), *abrogated on other grounds by Riley*, 606 U.S. 259.

The motion (Docket Entry No. 16) to dismiss, treated as a motion for

summary disposition, is granted. *See* 9th Cir. R. 3-6(a) (standard for summary disposition); *United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982).

The motion to stay removal is denied.

All other pending motions are denied as moot.

**PETITION FOR REVIEW DENIED.**